Elizabeth Clancy, Administratrix, etc., Respondent, v. New York, New Haven and Hartford Railroad Company, Appellant.— Motion denied, without costs. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Edward Deady, Respondent, v. Degnon-McLean Contracting Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Abraham Feinstein, Respondent, v. Michael T. Reynolds and Others, Appellants.— Motion denied, without costs, on condition that the appeal be perfected within ten days and the case placed at the foot of the present calendar; otherwise, motion to dismiss the appeal granted, with costs. Present — Hirschberg P. J., Jenks, Gaynor, Burr and Rich, JJ.

Emerentiana Frith and Sarah H. Frith, Respondents, v. The People's Trust Company, Defendant, Impleaded with Anna Frith, Administratrix, Appellant. — The presiding justice was entitled to vote as a sitting member of the court on the day of the argument, whether actually present during the entire argument or not. (Code Civ. Proc. § 46.) Motion for resettlement denied. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Bartholomew Hopkins, Respondent, v. Bernard Snyder and Edward Snyder, Appellants.— Motion denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Fred Ingraham, Appellant, v. Edmund C. Phillips and Others, Defendants, Impleaded with Wauhope Lynn, Respondent, and Fred L. Terry, as Trustee of the Estate of Edmund C. Phillips, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Percy L. Housel for License and Admission to Practice as an Official Examiner of Title.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Housman Avenue from the Southerly Line of Richmond Terrace to the Pier and Bulkhead Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellant pay ten dollars costs and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.